UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VINCENT KEITH JOHNSON, | ) | Case No. SACV 16-147 DSF(JC) |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| KIMBERLY HOLLAND, | ) ) | |
| Respondent. | ) ) | |
| _____ | ) | |

In accordance with the Memorandum Opinion and Order Dismissing Action, IT IS HEREBY ADJUDGED that this action is dismissed.

DATED: _8/1/16_____

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE